**LEWIS BRISBOIS BISGAARD & SMITH LLP**
RYAN L. NILSEN, SB# 310642
  E-Mail: Ryan.Nilsen@lewisbrisbois.com
PALOMA MORENO-ACOSTA SB# 310766
  E-Mail: Paloma.Moreno-Acosta@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant VICTORIA'S SECRET STORES LLC dba Victoria's Secret, erroneously sued as "VICTORIA'S SECRET"

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MORIN CHAU, <br><br> Plaintiff, <br><br> vs. <br><br> VICTORIA'S SECRET STORES, LLC dba VICTORIA'S SECRET; VICTORIA'S SECRET, a subsidiary of L BRANDS, INC., and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. '19CV1111 JM RBB <br><br> **NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. SECTION 1332 (DIVERSITY)** <br><br> **[28 U.S.C. §§ 1332, 1441, 1446]** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Trial Date:   None Set |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant VICTORIA'S SECRET STORES, LLC dba VICTORIA'S SECRET (hereinafter referred to as "VSS"), erroneously sued as VICTORIA'S SECRET by and through their attorneys of record hereby removes this action from the Superior Court of the State of California in and for the

4844-3157-2378.1

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

County of San Diego to the United States District Court for the Southern District of California. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one that may be properly removed to this Court pursuant to 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446(a), VSS asserts the following grounds in support of its Notice of Removal:

## COMPLAINT AND TIMELINESS OF REMOVAL

1. This Notice of Removal is timely. Plaintiff commenced her action in the Superior Court of the State of California in and for the County of San Diego, entitled *Alexandra Morin Chau, v. VICTORIA'S SECRET STORES, LLC dba VICTORIA'S SECRET; VICTORIA'S SECRET, and DOES 1 through 25,* Case No. 37-2019-00015190-CU-PO-CTL ("the State Court action") on March 21, 2019. A true and correct copy of the summons and Complaint are attached hereto as Exhibit "A".

2. VSS was served with the summons and complaint in the State Court action on May 15, 2018. This notice of removal is timely because pursuant to 28 U.S.C. § 1446(b), Defendants have until June 14, 2018 to file this notice. A true and correct copy of the Service of Process Transmittal is attached at Exhibit "B" hereto.

3. A named defendant's time to remove is triggered by service of the summons and complaint, but not by mere receipt of the complaint unattended by any formal service. *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 347-348 (1999). Here, Defendant's 30-day deadline for removal set forth in 28 U.S.C. § 1446(b)(3) began to run only after Defendant was properly served with the Summons and Complaint in this case on May 15, 2018.

4. VSS filed an Answer to Plaintiff's Complaint in the State Court Action on June 14, 2019. A true and correct copy of the Answer is attached as Exhibit "C" hereto. VSS now timely files this Notice of Removal before its 30-day removal deadline has expired. By filing this Notice of Removal, VSS does not waive any defenses that may be available to it.

4844-3157-2378.1

2

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

# DIVERSITY JURISDICTION

5. This Court has jurisdiction of this action under 28 U.S.C. §1332, and is one which may be removed to this Court by Defendant VSS pursuant to the provisions of 28 U.S.C. §1441(a).

6. Plaintiff filed a Statement of Damages, alleging medical damages in an amount of $11,724.20 and general damages in an amount of $150,000.00, totaling $161,724.20, in damages. Such damages are in excess of the $75,000.00 threshold necessary for removal in a diversity of citizenship case. See Statement of Damages, a copy of which is attached hereto as Exhibit "D."

7. Plaintiff is a resident of the State of California.

8. VSS is a Delaware limited liability company with a principal place of business in Ohio.

9. VSS is a wholly owned subsidiary of Retail Store Operations, Inc., a Delaware corporation with its principal place of business in Ohio.

10. Plaintiff also named "Victoria's Secret" as a defendant, however this is merely a trade name and not a separate entity. For purposes of removal jurisdiction, neither VSS, nor Retail Store Operation, Inc., are citizens of California.

11. Therefore, for purposes of removal, Plaintiff and VSS are citizens of different states.

12. Venue is proper in the Southern District of California pursuant to 28 U.S.C. §§ 1391(b) and (c), because Plaintiff is subject to personal jurisdiction in this judicial district and a substantial part of the events giving rise to this lawsuit occurred in the Southern District of California.

13. Removal of this case is proper under 28 U.S.C. §1441 and 28 U.S.C. §1332, because complete diversity of citizenship exists between the Plaintiff and VSS, and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

///

## NO OTHER DEFENDANTS

14. There are no other defendants (other than the defendant filing the instant Notice) that have been named or served in this action. Thus, there are no other defendants to join in this Notice of Removal.

## VENUE IS PROPER

15. This removal notice is filed in the United States District Court for the Southern District of California because the State Court action is pending in the County of San Diego.

## SERVICE OF NOTICE ON PLAINTIFF AND STATE COURT

16. VSS will promptly serve a copy of this Notice on Plaintiff and will promptly file a copy with the clerk of the state court where the case is filed. Upon service of this Notice on Plaintiff, VSS will file a Notice of Proof of Service with this Court.

17. VSS has sought no similar relief with respect to this matter.

18. In compliance with 28 U.S.C. § 1446(a), true and correct copies of all "process, pleadings, and orders" on file in the state court action are attached hereto:

| EXHIBIT | DOCUMENT TITLE | DATE |
|---|---|---|
| A. | Complaint, Summons, Civil Case Cover Sheet | March 21, 2019 |
| B. | Proof of Service of Complaint on Defendant VICTORIA'S SECRET STORES, LLC dba VICTORIA'S SECRET; VICTORIA'S SECRET | May 15, 2019 |
| C. | Answer to Complaint | June 14, 2019 |
| D. | Statement of Damages | March 21, 2019 |

/ / /

/ / /

/ / /

/ / /

WHEREFORE, VSS respectfully requests that the above-captioned action pending before the Superior Court of the State of California in and for the County of San Diego be removed to the United States District Court for the Southern District of California.

DATED: June 14, 2019  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Paloma Moreno-Acosta*
Ryan L. Nilsen
Paloma Moreno-Acosta
Attorneys for Defendants, VICTORIA'S SECRET STORES, LLC dba VICTORIA'S SECRET, erroneously sued as VICTORIA'S SECRET