Exhibit A

Exhibit A

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** Victoria's Secret Stores, LLC dba
*(AVISO AL DEMANDADO):* Victoria's Secret; Victoria's
Secret, a subsidiary of L Brands, Inc. and Does 1 to
25, inclusive

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
03/21/2019 at 02:31:48 PM
Clerk of the Superior Court
By Melinda McClure, Deputy Clerk

**YOU ARE BEING SUED BY PLAINTIFF:** Alexandra Morin Chau
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California County of San Diego
330 West Broadway
330 West Broadway
San Diego, CA 92101

CASE NUMBER: *(Número del Caso):* 37-2019-00015190-CU-PO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ameer A. Shah, Esq. [225176]
LAW OFFICES OF AMEER A. SHAH
9121 Haven Avenue, Suite 150
Rancho Cucamonga, CA 91730
(909) 568-2000  (909) 568-2020

DATE: 03/22/2019                           Clerk, by  M. McClure         , Deputy
*(Fecha)*                                  *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* VICTORIA'S SECRET STORES, LLC dba VICTORIA'S SECRET
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☒ other *(specify):*
4. ☐ by personal delivery on *(date):*

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | PLD-PI-001 |
|---|---|
| Ameer A. Shah, Esq. [225176]<br>LAW OFFICES OF AMEER A. SHAH<br>9121 Haven Avenue<br>Suite 150<br>Rancho Cucamonga, CA 91730<br>TELEPHONE NO: (909) 568-2000  FAX NO (Optional): (909) 568-2020<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Alexandra Morin Chau | FOR COURT USE ONLY<br><br>ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br><br>03/21/2019 at 02:31:48 PM<br><br>Clerk of the Superior Court<br>By Melinda McClure, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO<br>STREET ADDRESS: 330 West Broadway<br>MAILING ADDRESS: 330 West Broadway<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Hall of Justice | |
| PLAINTIFF: Alexandra Morin Chau | |
| DEFENDANT: Victoria's Secret Stores, LLC dba Victoria's Secret; Victoria's Secret, a subsidiary of L Brands, Inc. and<br>[X] DOES 1 TO 25, inclusive | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE    [X] OTHER (specify): General Negligence<br>   [ ] Property Damage   [ ] Wrongful Death<br>   [X] Personal Injury   [X] Other Damages (specify): Premises Liability | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  [ ] does not exceed $10,000<br>               [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>   [ ] from limited to unlimited<br>   [ ] from unlimited to limited | CASE NUMBER:<br><br>37-2019-00015190-CU-PO-CTL |

1. Plaintiff (name or names): Alexandra Morin Chau

   alleges causes of action against defendant (name or names): Victoria's Secret Stores, LLC dba Victoria's Secret; Victoria's Secret, a subsidiary of L Brands, Inc.
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 (Rev. January 1, 2007)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Legal
Solutions
Plus

Page 1 of 3
Code of Civil Procedure, § 425.12

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ except defendant (name): Victoria's Secret Stores, LLC dba Victoria's Secret
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☒ except defendant (name): Victoria's Secret, a subsidiary of L Brands, Inc.
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): 1 to 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants (specify Doe numbers): 11 to 25 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: Chau vs Victoria's Secret | PLD-PI-001 |
|---|---|
| | CASE NUMBER |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☒ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☒ Premises Liability
    f. ☐ Other (specify):

11. Plaintiff has suffered
    a. ☒ wage loss
    b. ☐ loss of use of property
    c. ☒ hospital and medical expenses
    d. ☒ general damage
    e. ☒ property damage
    f. ☒ loss of earning capacity
    g. ☒ other damage (specify): According to proof.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☒ according to proof
       (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
    GN-1; PL-1; PL-2; PL-5.

Date: 03/20/2019

AMEER A. SHAH, ESQ.
(TYPE OR PRINT NAME)

▶ *Ameer Shah*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: Chau vs Victoria's Secret | CASE NUMBER: |
|---|---|

FIRST CAUSE OF ACTION—General Negligence  Page 4
(number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Alexandra Morin Chau

alleges that defendant *(name):* Victoria's Secret Stores, LLC dba Victoria's Secret; Victoria's Secret, a subsidiary of L Brands, Inc., and

[X] Does 1 to 25, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 03/26/2017
at *(place):* Victoria's Secret store located at 555 Broadway Avenue, Chula Vista, CA 91910
*(description of reasons for liability):*

Defendants, and each of them, so negligently, carelessly and unlawfully, maintained, cleaned, owned, rented or possessed the premises that caused risk of injuries to patrons/customers, including Plaintiff. Plaintiff was in the panties section looking through the panties in the bottom drawer. Unbeknown to plaintiff, store manager Patty had opened up an upper drawer. When plaintiff stood up she hit her forehead in the upper drawer injuring herself.

Defendants, maintained a known dangerous condition which caused injuries to Plaintiff. Defendants failed to warn of, inspect for and correct the dangerous conditions. Defendants, had a duty to maintain the premises in a safe condition which duty was breached.

Defendants, and each of them, are the proximate cause of damage and injuries to Plaintiff. Plaintiff suffered and continues to suffer severe bodily injuries and other damages in connection therewith.
/ / /

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure 425.12

| SECOND | CAUSE OF ACTION—Premises Liability | Page 5 |
|---|---|---|
| (number) | | |

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name)*: Alexandra Morin Chau
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 03/26/2017          plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

SEE ATTACHED PREMISES LIABILITY.

**Prem.L-2.** [X] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*: Victoria's Secret Stores, LLC dba Victoria's Secret; Victoria's Secret, a subsidiary of L Brands, Inc. and
[X] Does 1 to 10

**Prem.L-3.** [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does _____ to _____
a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*: Victoria's Secret Stores, LLC dba Victoria's Secret; Victoria's Secret, a subsidiary of L Brands, Inc. and
[X] Does 11 to 25
b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**



Page 1 of 1
Code of Civil Procedure, § 425.12

SECOND CAUSE OF ACTION:

PREMISES LIABILITY

That on or about March 26, 2017 at approx. 3:00 p.m. at Victoria's Secret store located at 555 Broadway Avenue in the city of Chula Vista, CA 91910, Plaintiff was in the panties section looking through the panties in the bottom drawer. Unbeknown to plaintiff, store manager Patty had opened up an upper drawer. When plaintiff stood up she hit her forehead in the upper drawer injuring herself.

At the time of the accident, which is the subject of this action, the Defendants, and each of them, failed to maintain the premises and/or floors safe to the customers/patrons. Neither defendants, owners, nor the maintenance staff took care of the premises, therefore, causing plaintiff injure herself.

Defendants, and each of them, so negligently, carelessly and unlawfully, maintained, cleaned, owned, rented or possessed, entrusted said premises/floors. Furthermore, defendants, and each of them, failed to make sure that the customers/patrons had notification of the unsafe and dangerous premises.

Defendants, and each of them, knew, or in the exercise of reasonable care and diligence, should have known of the dangerous and unsafe condition existing on the premises/floors.

Defendants, and Does 1 to 25, negligently, carelessly and recklessly inspected their premises or omitted to inspect the dangerous condition existing on the premises/ floors to warn the customers/patrons of the existing danger. In that, defendants, breach their duty of care owned to the customers and/or patrons.

Defendants, and each of them, had actual and constructive notice of the defective condition of said premises/floors. However, defendants failed to act on the notice and timely clear said premises to make it safe for the customers/patrons.

As a direct and proximate result of the defendants' and each of their negligence, plaintiff suffered and continues to suffer pain and disability, all to the plaintiff's special and general damages according to proof.

/ / / / /

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 450-7073 |

PLAINTIFF(S) / PETITIONER(S): Alexandra Morin Chau

DEFENDANT(S) / RESPONDENT(S): Victoria's Secret Stores LLC et.al.

CHAU VS VICTORIA'S SECRET STORES LLC [IMAGED]

| NOTICE OF CASE ASSIGNMENT and CASE MANAGEMENT CONFERENCE | CASE NUMBER: 37-2019-00015190-CU-PO-CTL |
|---|---|

## CASE ASSIGNMENT

Judge: Joel R. Wohlfeil        Department: C-73

**COMPLAINT/PETITION FILED:** 03/21/2019

**TYPE OF HEARING SCHEDULED**    DATE    TIME    DEPT    JUDGE

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

**COMPLAINTS:** Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

**JURY FEES:** In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

**COURT REPORTERS:** Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

SDSC CIV-721 (Rev. 01-17)

**NOTICE OF CASE ASSIGNMENT**                                                    Page: 1