UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MORIN CHAU,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET STORES, LLC, dba Victoria's Secret; VICTORIA'S SECRET, a subsidiary of L Brands, Inc.; and DOES 1 through 25,<br><br>　　　　　　　　　Defendants. | Case No.: 19cv1111 JM (RBB)<br><br>**ORDER ON JOINT MOTION TO DISMISS** |

　　　Plaintiff Alexandra Morin Chau and Defendant Victoria's Secret Stores LLC, dba Victoria's Secret, jointly move the court to dismiss this action with prejudice pursuant to the parties' settlement agreement, with each party bearing its own attorneys' fees and costs. (Doc. No. 11.) Notwithstanding the parties' failure to identify the authority on which they move for dismissal, the court construes the parties' joint motion as a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by all parties who have appeared. Accordingly, the Clerk of Court is directed to close this case.

　　　IT IS SO ORDERED.

DATED: August 22, 2019

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey T. Miller*
　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. MILLER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge